# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                         CASE NO. 4:19-CR-572-KGB-9

MALCOLM XAVIER MEDLEY                                                          DEFENDANT

## ORDER

On September 2, 2020, Defendant Malcolm Xavier Medley appeared with counsel Leslie Borgognoni on the Government's superseding motion to revoke his pretrial release. (Doc. No. 312) The Government was represented by Assistant United States Attorney Benecia Moore.

The Government's motion is based on allegations that, since his release on conditions, Mr. Medley tested positive for marijuana, morphine, and oxycodone. Mr. Medley was also arrested for possession of drug paraphernalia on August 18, 2020 by Memphis, Tennessee police officers. Mr. Medley does not deny that he was arrested but does deny the underlying charge. He tested negative for illegal drugs in a pre-hearing drug screen.

Despite Mr. Medley's apparent violations of his conditions of his release, the Court declines to revoke his release. The Court will allow Mr. Medley to remain on pretrial release but cautions that further violations may result in his detention pending trial.

The Government's superseding motion to revoke (Doc. No. 312) is DENIED, without prejudice. The Government's motion to revoke (Doc. No. 306) is DENIED, as moot. All conditions of Mr. Medley's pretrial release remain in effect, including the conditions that he refrain from using or unlawfully possessing a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.

IT IS SO ORDERED, this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE